Theodore W. Hoppe, #138064
Adam Benkoski, #298624
**HOPPE LAW GROUP**
A PROFESSIONAL LAW OFFICE
680 W. Shaw Avenue, Suite 207
Fresno, California 93704
Telephone (559) 241-7070
Facsimile (559) 241-7212

Attorneys for Defendant, ANDREW LEE LERMA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

\* \* \* \* \*

| | |
|---|---|
| LEONEL GONZALEZ and JONATHAN BASULTO,<br><br>Plaintiffs,<br><br>vs.<br><br>JAG TRUCKING, INC., JOSHUA NICHOLSON; and DOES 1 to 100 inclusive,<br><br>Defendants.<br><br>RELATED CROSS-ACTION. | **Case Number:** 1:18-CV-01046 LJO JLT<br><br>**STIPULATION AND ORDER ALLOWING CROSS-DEFENDANT ANDREW LEE LERMA TO FILE A FIRST AMENDED ANSWER AND CROSS-COMPLAINT**<br><br>(Doc. 39) |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that Cross-Defendant ANDREW LEE LERMA ("LERMA") may file a First Amended Answer to JAG TRUCKING, INC. and JOSHUA NICHOLSON's Cross-Complaint.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The parties have also stipulated to allow LERMA to file a cross-complaint against JAG TRUCKING and JOSHUA NICHOLSON for property damage to LERMA's vehicle.

Dated: November ____, 2018          HOPPE LAW GROUP


                                    By: _____
                                        Theodore W. Hoppe
                                        Adam Benkoski
                                        Attorneys for Defendants, ANDREW LEE
                                        LERMA and ISIAH GONZALEZ

Dated: November ____, 2018          LARSON & GASTON, LLP


                                    By: _____
                                        Yasmine Hussein, Esq.
                                        Attorneys for Defendant
                                        JAG TRUCKING, INC. and
                                        JOSHUA NICHOLSON

## [PROPOSED] ORDER

The above Stipulation is hereby approved, and such is now so Ordered. ANDREW LEE LERMA should file its first amended answer and cross-complaint by December 5, 2018.

IT IS SO ORDERED.

   Dated:  **November 30, 2018**          **/s/ Jennifer L. Thurston**
                                          UNITED STATES MAGISTRATE JUDGE