**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEONEL GONZALEZ, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JAG TRUCKING INC., *et al.*, <br><br> Defendants. | 1:18-cv-01046-LJO-JLT <br><br> ORDER DISCHARGING ORDER TO SHOW CAUSE RE CONSOLIDATION <br><br> (ECF No. 59) |

On January 15, 2019, the Court issued an Order to Show Cause why this matter should not be consolidated with a related matter, *Stefanie Rutherford v. JAG Trucking, Inc. et al.*, 1:19-cv-00033-LJO-JLT ("*Rutherford*"), and provided the parties ten (10) days to respond. ECF No. 59. The parties in this matter did not file any objections to consolidation of the two cases. *See* ECF Nos. 60, 64. However, in the *Rutherford* case, Plaintiff Rutherford submitted an objection to consolidation on the grounds that the Court does not have subject matter jurisdiction over the *Rutherford* matter. If the Court does not have subject matter jurisdiction over the *Rutherford* case, it cannot be consolidated with this case under Federal Rule of Civil Procedure 42. *See U.S. Bank Nat'l Ass'n v. Mariano*, No. CV1205485, 2012 WL 12882054, at *1 (C.D. Cal. Aug. 16, 2012) ("consolidation would not cure the jurisdictional defects"); *Oregon Egg Producers v. Andrew*, 458 F.2d 382, 383 (9th Cir. 1972); *U.S. for Use of Owens-Corning Fiberglass Corp. v. Brandt Constr. Co.*, 826 F.2d 643, 647 (7th Cir. 1987).

/

/

Accordingly, the Order to Show Cause, ECF No. 59, is **DISCHARGED** as the Court must first determine if it has subject matter jurisdiction over the *Rutherford* case.

IT IS SO ORDERED.

Dated: __**January 28, 2019**__   _____/s/ Lawrence J. O'Neill_____
UNITED STATES CHIEF DISTRICT JUDGE