UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL GONZALEZ and JONATHAN BASULTO,<br><br>    Plaintiffs,<br><br>vs.<br><br>JAG TRUCKING, INC. et al.,<br><br>    Defendants.<br>_____<br><br>JAG TRUCKING, INC. and JOSHUA NICHOLSON,<br><br>    Plaintiffs,<br><br>vs.<br><br>JUAN CARLOS A. HERNANDEZ & FRANCISCO JAVIER JIMENEZ TAPIA DBA PITUFOS TRANSPORT, et al.,<br><br>    Cross-Defendants. | **Case No. 1:18-cv-01046 LJO JLT**<br><br>**ORDER CLOSING CROSS-ACTION (Doc. 35) FILED BY GILBERTO VIZCAINO RODRIGUEZ AND ANA PATRICIA RODRIGUEZ**<br><br>**(Doc. 101)** |

Gilberto Vizcaino Rodriguez and Ana Patricia Rodriguez have filed a notice of voluntary dismissal (Doc. 101) of their cross-complaint brought against JAG Trucking and Joshua Nicholson (Doc. 35). Neither cross-defendant have answered the cross-complaint or otherwise responded to it. Thus, according to Fed. R. Civ.P. 41, the dismissal is effective without an order of the Court. <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997). Therefore, the Clerk

1

1 | of the Court is DIRECTED to close this action. Thus, according to Fed. R. Civ.P. 41, the
2 | dismissal is effective without an order of the Court. <u>Wilson v. City of San Jose</u>, 111 F.3d 688,
3 | 692 (9th Cir. 1997). Therefore, the Clerk of the Court is DIRECTED to close this cross-action in
4 | its entirety.

IT IS SO ORDERED.

    Dated: **June 17, 2019**                     **/s/ Jennifer L. Thurston**
                                                     UNITED STATES MAGISTRATE JUDGE