UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL GONZALEZ and JONATHAN BASULTO,<br><br>        Plaintiffs,<br><br>vs.<br><br>JAG TRUCKING, INC. et al.,<br><br>        Defendants.<br>_____<br><br>AND RELATED CROSS ACTIONS | **Case No. 1:18-cv-01046 LJO JLT**<br><br>**ORDER SETTING EARLY SETTLEMENT CONFERENCE AND TRAILING THE FURTHER SCHEDULING CONFERENCE** |

      At the scheduling conference, counsel reported a desire to attempt to settle the action, as well as the related state court action, at a court-sponsored settlement conference. Consequently, the Court refrained from scheduling the case and set the conference to occur in mid-January 2020. To be prepared for the settlement conference, the Court **ORDERS**:

      1.    The further scheduling conference will trail and will be reset if the settlement conference fails to resolve the case;

      2.    Mr. Hoppe will discuss with Andrew Lerma whether he intends to pursue a claim for personal injuries. Mr. Hoppe SHALL report the results to other counsel **no later than July 15, 2019**;

      3.    Mr. Deutinger will confer with attorney Craig Johnson, to alert him of the

settlement conference and to determine whether Mr. Johnson and his client, Stephanie Rutherford, intend to attend the settlement conference. Mr. Hoppe SHALL report the results to other counsel **no later than July 15, 2019**. If Ms. Rutherford and Mr. Johnson decide against attending the settlement conference, all counsel SHALL confer to determine whether the settlement conference should go forward. If they do not all agree that it should go forward, counsel SHALL file a joint statement indicating this and agreeing on a date for the scheduling conference;

4. To the extent any party involved in this litigation intends to seek damages for personal injury, the party SHALL provide copies of the relevant medical records to all other **no later than August 30, 2019**. As necessary, the person claiming the personal injury SHALL obtain the records by subpoena or otherwise and provide them to other counsel;

5. **No later than July 15, 2019**, counsel for JAG Trucking, Inc., SHALL contact attorney Ryan Kahl[1] of the Parris Law Firm to discuss obtaining the medical records of Noelle Christine Krawiec and Andres Krawiec. Counsel should determine who will provide the medical records for the Krawiecs' to other counsel;

6. A Settlement Conference is scheduled for **January 13, 2020** at 8:30 a.m., located at 510 19th Street, Bakersfield, California.

Unless otherwise permitted in advance by the Court, **the attorneys who will try the case shall appear** at the Settlement Conference **with the parties** and the person or persons having **full authority** to negotiate and settle the case **on any reasonable terms**[2] discussed at the conference. Consideration of settlement is a serious matter that requires preparation prior to the settlement conference. Set forth below are the procedures the Court will employ, absent good cause, in conducting the conference.

**No later than November 8, 2019,** the plaintiffs/cross complainants **SHALL** submit to the

---

[1] Mr. Kahl was present at the hearing and affirmed that his clients, the Krawiecs, would participate in the settlement conference. Mr. Kahl reported further that the Krawiecs' have filed a lawsuit related to their personal injury claims arising from the events that underlie this litigation, in the Kern County Superior Court.

[2] Insurance carriers, business organizations, and governmental bodies or agencies whose settlement agreements are subject to approval by legislative bodies, executive committees, boards of directors or the like may be represented by a person whose recommendations about settlement are relied upon by the ultimate decision makers.

DRINKER BIDDLE & REATH LLP
ATTORNEYS AT LAW
SAN FRANCISCO

defendants/cross defendants via fax or e-mail, a written itemization of damages and a meaningful[3] settlement demand which includes a brief explanation of why such a settlement is appropriate. Thereafter, **no later than November 29, 2019**, the defendants/cross defendants **SHALL** respond via fax or e-mail, with an acceptance of the offer or with a meaningful counteroffer, which includes a brief explanation of why such a settlement is appropriate. The parties **SHALL** continue to exchange offers as long as doing so appears fruitful.

If settlement is not achieved, each party **SHALL** attach copies of their settlement offers to their Confidential Settlement Conference Statement, as described below. Copies of these documents shall not be filed on the court docket.

## NON-CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT

**No later than December 16, 2019,** the parties shall submit, directly to Judge Thurston's chambers by e-mail to JLTOrders@caed.uscourts.gov, a Non-confidential Settlement Conference Statement. The statement **should not be filed but a copy SHALL be provided to all other counsel**. The statement shall include the following:

    A.    A brief statement of the facts of the case.

    B.    A brief statement of the claims and defenses, i.e., statutory or other grounds upon which the claims are founded; a forthright evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

    C.    A summary of the proceedings to date.

    D.    An estimate of the cost and time to be expended for further discovery, pretrial and trial.

    E.    The relief sought.

    F.    The party's position on settlement, including present demands and offers and a history of past settlement discussions, offers and demands.

## CONFIDENTIAL SETTLEMENT CONFERENCE STATEMENT

---

[3] "Meaningful" means the offer is reasonably calculated to settle the case on terms acceptable to the offering party. "Meaningful" does not include an offer which the offering party knows will not be acceptable to the other party. If, however, the offering party is only willing to offer a settlement which it knows the other party will not accept, this should trigger a recognition the case is not in a settlement posture and the parties should confer about continuing the settlement conference via stipulation.

**No later than December 16, 2019,** the parties may submit, directly to Judge Thurston's chambers by e-mail to JLTOrders@caed.uscourts.gov, a confidential settlement conference statement to apprise the Court of any details the party feels is important for the Court to know in advance of the conference, but which the party wants to be kept confidential. The statement **should not be filed**.

7. The Clerk of the Court is DIRECTED to serve a copy of this order on the following attorneys:

    a. Mr. Ryan Kahl, Esq.
       Counsel for Noelle and Andres Krawiec
       Parris Law Firm
       43364 10th St. W
       Lancaster, CA 93534

    b. Mr. Craig Johnson
       Counsel for Stephanie Rutherford
       Law Office of Craig E. Johnson
       5401 Business Park S, Ste. 206
       Bakersfield, CA 93309

IT IS SO ORDERED.

Dated: **June 28, 2019**           **/s/ Jennifer L. Thurston**
                                              UNITED STATES MAGISTRATE JUDGE