UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL GONZALEZ and JONATHAN BASULTO,<br><br>Plaintiffs,<br><br>vs.<br><br>JAG TRUCKING, INC. et al.,<br><br>Defendants. | Case No. 1:18-cv-01046 LJO JLT<br><br>**ORDER RE: EARLY SETTLEMENT CONFERENCE**<br>**(Doc. 107)** |

AND RELATED CROSS ACTIONS

Recently, counsel for Mr. Kittenger filed a request to allow the claims representative to not appear personally at the settlement conference on January 13, 2020[1]. (Doc. 107) The reason for this request is, "My client, cross-defendant Todd Kittinger, has no liability for this accident . . . [and] Ms. Ferguson's office is located in the Denver, CO area and since my client has no liability and will not be offering any money at the early MSC, we would request that she not be required to attend the early MSC in person."[2] Id.

The Court notes that it is one of the busiest courts in the entire federal system, with more

---

[1] The Court will address this request if it determines the settlement conference will go forward.
[2] The Court is perplexed by this statement because, in its experience, the purpose of litigation is to determine whether the parties are liable.

2

cases assigned per judge than in nearly every other court.  It lacks the resources and the desire to squander its time attempting to resolve a case involving unwilling participants.  The Court set the settlement conference *at the request of the parties* and *with the assurances* that each party was willing to attend the conference in good faith to attempt to resolve the matter.  With the filing of Mr. Kittenger's request, the Court has now learned this is not the case.  Thus, the Court **ORDERS**:

    1.    **No later than September 20, 2019**, counsel **SHALL** file a joint report indicating either that the settlement conference will be productive despite Mr. Kittenger's refusal to attend in good faith, or whether it should be vacated, and the case immediately set for case scheduling.  Likewise, if there is any other party who will not attend the settlement in good faith and be willing to compromise their position to achieve settlement, that party **SHALL** note this in the joint report.  After receiving the report, the Court will determine whether the settlement conference will be vacated and a further scheduling conference set.

IT IS SO ORDERED.

    Dated:   **August 22, 2019**                      **/s/ Jennifer L. Thurston**
                                                                  UNITED STATES MAGISTRATE JUDGE