UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL GONZALEZ and JONATHAN BASULTO,<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>JAG TRUCKING, INC. et al.,<br><br>　　　　　Defendants.<br><hr>AND RELATED CROSS ACTIONS | **Case No. 1:18-cv-01046 LJO JLT**<br><br>**ORDER CLOSING THE CASE AS TO CERTAIN ACTIONS AND DEFENDANTS (Doc. 119)** |

　　　In January, the parties who have appeared in these actions, were able settle them. (Doc. 117) They have now filed a document seeking to have the action dismissed with prejudice and with all parties bearing their own fees and costs. Id. The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED:

　　　1.　　To close the action Leonel Gonzalez, Jonathan Basulto v. Jag Trucking Inc and Joshua Nicholson in its entirety;

　　　2.　　To close the cross-action, Andrew Lee Lerma v. Jag Trucking Inc and Joshua Nicholson in its entirety;

3. To close the cross-action, <u>Jag Trucking, Inc. and Joshua Nicholson</u>, as to Juan Carlos A. Hernandez, Francisco Javier Jimenez Tapia dba Pitufos Transport, Andrew Lee Lerma, Stefanie Suzanne Rutherford, Noelle Christine Krawiec, Andres Krawiec and Todd Richard Kittinger **only**. The cross action remains active as to Jose Roberto Alvarado, Juana Luevano, Leah Alvarado, Frank Lopez, and Isiah Gonzalez as to whom, the Clerk has entered defaults (Docs. 67-68, 75-77).

IT IS SO ORDERED.

Dated: **March 9, 2020**  /s/ **Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE