UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL GONZALEZ and JONATHAN BASULTO,<br><br>Plaintiffs,<br><br>vs.<br><br>JAG TRUCKING, INC. et al.,<br><br>Defendants. | **Case No. 1:18-cv-01046 NONE JLT**<br><br>**ORDER GRANTING TIME TO FILE THE MOTION FOR DEFAULT JUDGMENT** |
| AND RELATED CROSS ACTIONS | |

As to the cross action filed by Jag Trucking Inc and Joshua Nicholson, the cross-plaintiffs seek an extension of time to file their motion for default judgment against Jose Roberto Alvarado, Juana Luevano, Leah Alvarado, Frank Lopez, and Isiah Gonzalez as to whom, the Clerk has entered defaults (Docs. 67-68, 75-77). They do not explain why this extension of time is needed. (Doc. 120) However, the Court will grant this single request because it appears no prejudice will result.

///

///

///

Thus, Jag Trucking Inc and Joshua Nicholson SHALL file their motion for default judgment no later than May 15, 2020.[1]

IT IS SO ORDERED.

Dated: __**March 9, 2020**__           _____/s/ Jennifer L. Thurston__
                                              UNITED STATES MAGISTRATE JUDGE

---

[1] The Court understands that this motion will seek entry of a "take-nothing" judgment as to these cross-defendants.