UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL GONZALEZ and JONATHAN BASULTO,<br><br>          Plaintiffs,<br><br>     vs.<br><br>JAG TRUCKING, INC. et al.,<br><br>          Defendants. | Case No. 1:18-cv-01046 LJO JLT<br><br>**ORDER CLOSING THE CASE AS TO CROSS-DEFENDANT LEAH ALVARADO**<br>**(Doc. 129)** |
| AND RELATED CROSS ACTIONS | |

The parties have stipulated to the action being dismissed with prejudice as to Leah Alvarado. (Doc. 129) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close the action as to cross-defendant Lean Alvarado.

IT IS SO ORDERED.

Dated:   **June 30, 2020**                              **/s/ Jennifer L. Thurston**
                                                                    UNITED STATES MAGISTRATE JUDGE