UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL GONZALEZ and JONATHAN BASULTO,<br><br>Plaintiffs,<br><br>vs.<br><br>JAG TRUCKING, INC. et al.,<br><br>Defendants.<br><br>AND RELATED CROSS ACTIONS | Case No. 1:18-cv-01046 LJO JLT<br><br>**AMENDED ORDER CLOSING THE CASE AS TO CROSS-DEFENDANT LEAH ALVARADO**<br>**(Doc. 129)** |

The parties have stipulated to the action being dismissed without prejudice as to Leah Alvarado. (Doc. 129) The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Because all parties who have appeared in the action signed the stipulation. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close the action as to cross-defendant Lean Alvarado.

On the other hand, the Court declines to close the matter in its entirety because the stipulation fails to address the outstanding findings and recommendations (Doc. 128) related to the motions for default judgment (Docs. 123-126). If JAG Trucking, Inc. wishes to withdraw

these motions, any amended stipulation should indicate this.

IT IS SO ORDERED.

    Dated: **July 1, 2020**                               **/s/ Jennifer L. Thurston**
                                                               UNITED STATES MAGISTRATE JUDGE