UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONEL GONZALEZ and JONATHAN BASULTO,<br><br>        Plaintiffs,<br><br>    vs.<br><br>JAG TRUCKING, INC. et al.,<br><br>        Defendants.<br><br>AND RELATED CROSS ACTIONS | No.: 1:18-cv-01046-NONE-JLT<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATION GRANTING MOTIONS FOR DEFAULT JUDGMENT<br><br>(Docs. 123, 124, 125, 126) |

This case arises from a May 8, 2018 multi-car accident on a stretch of Interstate 5 known as "the Grapevine." (Docs. 123, 124, 125, 126 at 4.) Plaintiffs Leonel Gonzalez and Jonathan Basulto brought a negligence and negligent infliction of emotional distress action against Defendants JAG Trucking, Inc. and Joshua Nicholson, who in turn cross complained against Juan Carlos A Hernandez and Francisco Javier Jimenez Tapia dba Pitufos Transport. (*Id*.) Defendants later amended their cross complaint to add all involved parties through a declaratory relief cause of action. (*Id*.) Cross-plaintiffs, JAG Trucking, Inc. and Joshua Nicholson moved for default judgment against four defaulted cross-defendants: Frank Lopez, Isaiah Gonzalez, Jose Alvarado and Juana Leuvano. (Doc. Nos. 123, 124, 125, 126.) Specifically, cross-plaintiffs requested entry of judgments indicating that each of the four defaulted cross-defendants would take nothing by way of any affirmative claim or

/////

1

defense. (*Id.*)  No opposition to the motion for default judgment was filed. (*See* Doc. No. 127 at 2.) All other aspects of this case have been resolved globally through federal court mediation. (*See* Doc. No. 128 at 2.)

On June 10, 2020, the assigned magistrate judge issued findings and recommendation recommending that the pending motions for default judgment be granted, providing the parties fourteen days to file any objections to the recommendations. (Doc. No. 128.)  In addition, the parties were "advised that failure to file objections within the specified time may waive the right to appeal the District Court's order." (Doc. No. 128 at 6, citing *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991); *Wilkerson v. Wheeler*, 772 F.3d 834, 834 (9th Cir. 2014)).  To date, no objections have been filed and the time period for doing so has expired.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and *Britt v. Simi Valley United School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), this Court conducted a *de novo* review of the case. Having carefully reviewed the file, the Court finds the findings and recommendations are supported by the record and proper analysis.  All of the procedural pre-requisites for default judgment have been observed, and the record supports the magistrate judge's conclusion that all of the relevant factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471-72 (9th Cir. 1986), weigh in favor of entry of the requested judgments.

Accordingly, the Court **ORDERS**:

1. The findings and recommendations dated June 10, 2020 (Doc. No. 128) are **ADOPTED IN FULL**; and
2. Cross-plaintiffs' motions for default judgment are **GRANTED** (Doc. Nos. 123, 124, 125, 126).

IT IS SO ORDERED.

Dated:   **July 9, 2020**              /s/ Dale A. Drozd
                                       UNITED STATES DISTRICT JUDGE